United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELVIN RANDLE, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1149 |
| § | |
| HARRIS COUNTY EMERGENCY CORP., § § | |
| Defendant. § § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE

Pending before this Court is Plaintiff Melvin Randle's Motion for Leave to File a Sur-Reply to Defendant Harris County Emergency Corp.'s Reply to its Motion for Summary Judgment. (Doc. No. 20.) The motion is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of June, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE